JOHN W. HUBER, United States Attorney (#7226)
MICHAEL J. THORPE, Assistant United States Attorney (#11992)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682
Email: Michael.Thorpe@usdoj.gov



**SEALED**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA, | **INDICTMENT** |
|---|---|
| Plaintiff, | VIOLATION: |
| vs. | COUNT I: 18 U.S.C. § 922(g)(1), Felon in Possession of Firearms. |
| CASEY LEE MILER, | |
| Defendant. | Case: 2:20-cr-00113<br>Assigned To : Nielson, Howard C., Jr<br>Assign. Date : 3/4/2020<br>Description: |

The Grand Jury Charges:

### COUNT I
### 18 U.S.C. § 922(g)(1)
### [Felon in Possession of Firearms]

Beginning on or about November 11, 2019, through November 20, 2019, in the Central Division of the District of Utah,

CASEY LEE MILER,

defendant herein, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess firearms, to wit: a Glock GMBH Model 22, .40 caliber pistol and a Smith & Wesson Model 500, 500

caliber revolver, and the firearms were in and affecting commerce; all in violation of 18 U.S.C. § 922(g)(1).

A TRUE BILL:

/S/
_____
FOREPERSON OF GRAND JURY

JOHN W. HUBER
United States Attorney

_____
MICHAEL J. THORPE
Assistant United States Attorney